```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 05 B 18442
   LEROY BATTLE
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-9211


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 05/09/2005 and was confirmed 06/23/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 08/18/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
NATIONAL CAPITAL MGMT LL  SECURED            4945.44        234.40        4945.44
*SCHOTTLER & ZUKOSKY      PRIORITY         NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER      1641.93        184.68        1641.93
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER      4599.53        535.83        4599.53
CAPITAL ONE               UNSEC W/INTER    NOT FILED           .00            .00
ASPIRE                    UNSEC W/INTER    NOT FILED           .00            .00
SPRINT                    UNSEC W/INTER    NOT FILED           .00            .00
NATIONAL CAPITAL MGMT LL  UNSEC W/INTER      2173.20        253.30        2173.20
*SCHOTTLER & ZUKOSKY      DEBTOR ATTY        1,900.00                     1,900.00
TOM VAUGHN                TRUSTEE                                         1,022.15
DEBTOR REFUND             REFUND                                              59.54

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            17,550.00

PRIORITY                                         .00
SECURED                                     4,945.44
     INTEREST                                 234.40
UNSECURED                                   8,414.66
     INTEREST                                 973.81
ADMINISTRATIVE                              1,900.00
TRUSTEE COMPENSATION                        1,022.15
DEBTOR REFUND                                  59.54
                   -------------         -------------
TOTALS              17,550.00              17,550.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 05 B 18442 LEROY BATTLE

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 11/20/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```